IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **ROBERT SCHEU,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**HOME DEPOT U.S.A., INC.,**<br><br>　　　　**Defendant.** | Case No.4:15-cv-0179-TWP-DML |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Robert Scheu and Defendant Home Depot U.S.A., Inc., parties to this action, hereby stipulate to the dismissal of all claims in this cause of action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

Respectfully submitted,　　　　　　　　　　Respectfully submitted,

*/s/Heather R. Falks (with permission)*　　　　*/s/ Mark J. Plantan*
Heather R. Falks　　　　　　　　　　　　　Mark J. Plantan (#30808-53)
David W. Stewart　　　　　　　　　　　　LITTLER MENDELSON, P.C
Stewart & Stewart　　　　　　　　　　　　111 Monument Circle, Suite 702
931 S. Rangeline Road　　　　　　　　　　Indianapolis, IN  46204
Carmel, IN 46032
heatherf@getstewart.com　　　　　　　　　mplantan@littler.com
dave@getstewart.com

*Attorneys for Plaintiff*　　　　　　　　　　*Attorney for Defendant*

Firmwide:138329416.1 059802.1179